FILED

01/29/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 20-0464

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 20-0464

_____

JOSEPH RICHARD GOSS,

     Plaintiff and Appellant,

    v.

USAA CASUALTY INSURANCE COMPANY,
DIANN S. STEVENS, and DOES A-D, Inclusive,

     Defendants and Appellees.

_____

O R D E R

     Upon consideration of Appellant's motion for an extension of time to file his reply brief, and good cause appearing,

     IT IS HEREBY ORDERED that Appellant is granted an extension of time to and including March 8, 2021, within which to file his reply brief.

     No further extensions will be granted.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
January 29 2021